# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

**UNITED STATES OF AMERICA**

v.                                                                    CASE NO: 2:09-cr-125-FtM-36DNF

**JAVIER JOSE HERNANDEZ**

_____

# ORDER

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 26), entered September 21, 2016, a final hearing on violation of supervised release will be held before the undersigned.

**Final Hearing on Violation of Supervised Release is scheduled for October 17, 2016 at 1:30 PM.**

**DONE and ORDERED** in Tampa, Florida this 13th day of October 2016.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies:
Counsel for the Defendant
United States Attorney
United States Magistrate Judge
United States Marshal Service
United States Probation Office
United States Pretrial Services